UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LIONEL FRANKLIN, | § | |
| TDCJ #01943237, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-0009 |
| | § | CIVIL ACTION NO. 3:18-0083 |
| | § | |
| LORI DAVIS, | § | |
| | § | |
| Respondent. | § | |

## ORDER TO CONSOLIDATE

Petitioner Lionel Franklin, Jr., is an inmate in the Texas Department of Criminal Justice–Correctional Institutions Division. In Civil Action No. 3:17-0009, Franklin seeks federal habeas relief from a 2014 drug conviction in state court. The Court has stayed and administratively closed Civil Action No. 3:17-0009 while Franklin exhausts his state court remedies (Dkt. 21).[1] On March 14, 2018, while Civil Action No. 3:17-0009 was stayed, Franklin submitted another petition for habeas relief in this Court, challenging the same 2014 conviction. The Clerk opened a new habeas case, Civil Action No. 3:18-0083.

The Court **ORDERS** that Civil Action No. 3:18-0083 is to be **CONSOLIDATED** with Civil Action No. 3:17-0009. After the consolidation, Civil Action No. 3:18-0083 is

---

[1] On May 4, 2017, while Civil Action No. 3:17-0009 was pending, Franklin filed a habeas petition that was docketed as Civil Action No. 3:17-0148. The Court consolidated Civil Action No. 3:17-0148 with Civil Action No. 3:17-0009, and administratively closed Civil Action No. 3:17-0148 (Dkt. 9).

to be administratively **CLOSED**, with all future filings docketed in Civil Action No. 3:17-0009.

The Clerk will provide a copy of this order to the parties.

SIGNED at Galveston, Texas, this 11th day of May, 2018.

_____
George C. Hanks Jr.
United States District Judge